IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM STROUD, JR,

    Plaintiff,

v.                                                CASE NO. 1:09-cv-00234-MP-WCS

MICHAEL J ASTRUE, SOCIAL SECURITY ADMINISTRATION,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 29, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be reversed. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that the Administrative Law Judge erred in rejecting the opinion of the treating physician. Therefore substantial evidence does not exist in the record to support the Administrative Law Judge's decision denying benefits. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The decision of the Commissioner, denying benefits, is reversed, this case remanded, and the Commissioner is directed to grant Plaintiff's application for benefits.

3.     Pursuant to <u>Bergen</u>, proceedings on attorney fees under the Social Security Act, 42 U.S.C. § 406(b) are stayed until benefits are awarded. The Plaintiff shall file a motion to award fees under 406(b) within 30 days after counsel receives notice

from the Defendant Commissioner as to Plaintiff's past due benefits.  This stay relates only to attorney fee proceedings under § 406(b) of the Social Security Act, not to attorney fee proceedings under the Equal Access to Justice Act, 28 U.S.C. § 2412, the latter of which may be adjudicated at this time.

**DONE AND ORDERED** this *12th* day of April, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge